IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

In re:                                                                    Case No. 12-71178-SCS
DONALD LEVI ELDRIDGE, JR.,                              Chapter 13

      Debtor.

**CONSENT ORDER SETTLING MOTION TO DISMISS
FOR FAILURE TO MAKE PAYMENTS**

THIS MATTER CAME to be heard upon the Motion for Dismissal for Failure to Make Payments filed by R. Clinton Stackhouse, Jr., Chapter 13 Trustee (the "Trustee"). Upon the representation of the parties that the matter has been settled; it is hereby

It is **ORDERED** the Trustee's Motion to Dismiss for Failure to Make Payments is **SETTLED**. Donald Levi Eldridge, Jr. (the "Debtor") shall cure his plan payment arrearage in the amount of $3086.00, calculated through January, 2014 on or before March 5, 2014. The Debtor will use his "profit share bonus" towards curing the payment arrearage by the cure date; it is

**FURTHER ORDERED** that the Debtor shall make his regular monthly plan payment for the month of February, 2014 and each month thereafter as it becomes due; it is

**FURTHER ORDERED** if the Debtor fails to comply with the terms of this Consent Order, or falls more than thirty (30) days in arrears for the remainder of the plan term, an Order of Dismissal may be filed with and entered by this Court without further hearing; and it is

**FURTHER ORDERED** that upon entry of this Order, the Clerk shall forward copies to those parties named on the attached copy list.

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Entered at Norfolk _____ day of __Feb 4 2014_____, 2014.

                                        /s/ Frank J. Santoro
                                        _____

                                                    JUDGE

Notice of entry of Order or Judgment ___Feb 5 2014_____

I ASK FOR THIS:

*/s/ Kelly M. Barnhart for R. Clinton Stackhouse, Jr.*
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

AGREED:

*/s/ Steve C. Taylor*
_____
Steve C. Taylor, Esquire
Counsel for Debtor

## LOCAL RULE 9022-1 CERTIFICATE

     I hereby certify that in accordance with Local Rule 9002-1, this Order has been endorsed by all parties.

                              */s/ R. Clinton Stackhouse, Jr.*
                              _____

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile

Copy List:

Steve C. Taylor, Esquire
133 Mt. Pleasant Road
Chesapeake, VA 23322

Donald Levi Eldridge, Jr.
5612 Campus Drive
Virginia Beach, VA 23462

R. Clinton Stackhouse, Jr.  VSB No. 19358
Chapter 13 Trustee
7021 Harbour View Blvd., Suite 101
Suffolk, VA 23435
(757) 333-4000 -Telephone
(757) 333-3434 - Facsimile